3

United States District Court
Southern District of Texas
ENTERED

JUL 3 1 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

JUL 3 1 1998

Michael N. Milby, Clerk

BILLY RAY JONES　　　　　　　　　　　*

　　　VS　　　　　　　　　　　　　　　* C.A. NO. B98 027

JUANITA DORMAN, ET AL　　　　　　　 *

O R D E R

The Application to Proceed in Forma Pauperis is hereby **GRANTED**. Let the Applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

The State of Texas is hereby ORDERED to respond to Petitioner's civil rights complaint, pursuant to 42 U.S.C. 1983, on or before October 1, 1998.

DONE at Brownsville, Texas, this 31st day of July, 1998.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Fidencio G. Garza, Jr
　　　　　　　　　　　　　　　　United States Magistrate Judge