AO 240A (1/94)

United States District Court
Southern District of Texas
ENTERED
AUG 0 5 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

# United States District Court

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
AUG 5 1998
Michael N. Milby, Clerk

SOUTHERN DISTRICT OF TEXAS

BILLY RAY JONES

Plaintiff

V.

JUANITA DORMAN, ET AL

Defendant

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

CASE NUMBER: B98 027

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915;

IT IS ORDERED that the application is:

☑ GRANTED.

☑ ~~The clerk is directed to file the complaint.~~

☑ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

_____

ENTER this __5th__ day of __August__, 19__98__.

Fidencio G. Garza, Jr., U.S. Magistrate Judge
Signature of Judicial Officer

_[signature]_
Name and Title of Judicial Officer